UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  15-0133-01** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **DION PAUL BARNES a/k/a<br>DOUGLAS M. BARNES a/k/a<br>CHRISTOPHER SINGLETON a/k/a<br>TERRELL RIOS a/k/a<br>MYRON BROOKS** | * | **MAG. JUDGE KAREN L. HAYES** |

<u>**REPORT AND RECOMMENDATION ON**</u>
<u>**FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**</u>

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on February 23, 2016, for administration of guilty plea and allocution of the defendant, Dion Paul Barnes, under Rule 11 of the Federal Rules of Criminal Procedure.  Defendant was present with his counsel, Ms. Shelley Goff.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Superseding Indictment is fully supported by an oral factual basis for each of the essential elements of the offense.  In addition, both the government and the defendant have waived their right to object to the report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant, Dion Paul Barnes, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Dion Paul Barnes be finally adjudged guilty of the offense charged in Count One of the Superseding Indictment.

IT IS FURTHER RECOMMENDED that the District Court ACCEPT defendant's agreement:  1) to forfeit his interest in any asset subject to forfeiture; 2) to waive any constitutional or statutory challenge whatsoever to the forfeiture; 3) to disclose the existence, nature, and location of all assets forfeitable to the United States; and 4) to waive his right to contest any civil or administrative forfeiture proceedings against any forfeitable assets – all as further detailed in the Plea Agreement.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 23rd day of February 2016.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE