UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-0133-01 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DION PAUL BARNES a/k/a<br>DOUGLAS M. BARNES a/k/a<br>CHRISTOPHER SINGLETON a/k/a<br>TERRELL RIOS a/k/a<br>MYRON BROOKS | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 130], having been considered, the parties having waived their right to object thereto, and finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that the Motion to Suppress [Doc. No. 84] filed by Defendant Dion Paul Barnes is hereby DENIED.

MONROE, LOUISIANA, this 23rd day of February, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE