UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-0133-01** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **DION PAUL BARNES a/k/a DOUGLAS M. BARNES a/k/a CHRISTOPHER SINGLETON a/k/a TERRELL RIOS a/k/a MYRON BROOKS** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of the defendant, Dion Paul Barnes, and adjudges him guilty of the offense charged in Count One of the Superseding Indictment against him.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court accepts defendant's agreement:  1) to forfeit his interest in any asset subject to forfeiture; 2) to waive any constitutional or statutory challenge whatsoever to the forfeiture; 3) to disclose the existence, nature, and location of all assets forfeitable to the United States; and 4) to waive his right to contest any civil or administrative forfeiture proceedings against any forfeitable assets – all as further detailed in the Plea Agreement.

MONROE, LOUISIANA, this 23rd day of February, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE